[No. 24957-0-II.    Division Two.    March 1, 2001.]

R. Terrance Larson, et al., *Appellants*, v. Stephen R. Nelson, et al., *Respondents*.

Appeal from a judgment of the Superior Court for Pacific County, No. 98-2-00294-0, Joel M. Penoyar, J., entered July 23, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, J., and Alexander, J. Pro Tem.

[No. 43263-0-I.    Division One.    April 23, 2001.]

The State of Washington, *Respondent*, v. Boris Goodwin, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-01219-2, Faith Ireland, J., entered August 14, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43987-1-I.    Division One.    April 23, 2001.]

The State of Washington, *Respondent*, v. Anthony Muma, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-05290-4, Glenna Hall, J., entered January 11, 1999. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Kennedy, JJ.

[No. 44081-1-I.    Division One.    April 23, 2001.]

The State of Washington, *Respondent*, v. Savoya T. Harris, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-05572-5, Carol A. Schapira, J., entered January 27, 1999. *Affirmed* by unpublished per curiam opinion.